USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZURU (SINGAPORE) PTE., LTD; ZURU LLC; ZURU INC.,

                Plaintiff,

-against-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

                Defendant.

1:22-cv-00605-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

    The Clerk of Court is respectfully requested to strike the order at ECF No. 16.

**SO ORDERED.**

**Date:  March 11, 2022**
       **New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**